```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION
```

**CIVIL ACTION NO. 1:12cv799 (WOB-SKB)**

**CRISTIAN SANCHEZ GOMEZ**                                  **PLAINTIFF**

**VS.**                              **ORDER**

**THOMPSON BROTHERS**
**DRYWALL, INC., ET AL.**                                   **DEFENDANTS**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 38), and there being no objections filed despite several extensions, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. 38) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that the plaintiff's motions for leave to file an amended complaint (Doc. 27) and motion for extension of time to complete discovery (Doc. 23) be, and hereby are, **DENIED.**

This 19th day of May, 2014.



Signed By:
*William O. Bertelsman* WOB
United States District Judge